| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Brodie Holdings LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1519549** |
| 4. | Debtor's address | **Principal place of business**<br><br>**830 High Street**<br>**Chestertown, MD 21620**<br>Number, Street, City, State & ZIP Code<br><br>**Kent**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Brodie Holdings LLC**                                        Case number (*if known*)
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | ____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. |
| | | ☐ Yes. |
| | | District _____  When _____  Case number _____ |
| | | District _____  When _____  Case number _____ |

Debtor **Brodie Holdings LLC**  
Name

Case number (*if known*) _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No  ■ Yes. |
|---|---|---|

| List all cases. If more than 1, attach a separate list | Debtor | **Harry Kaiser** | Relationship | **Part owner of chapter 11 Debto** |
|---|---|---|---|---|
| | District | **Baltimore** | When **8/01/21** | Case number, if known **21-15305** |

11. **Why is the case filed in *this district*?**   *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ■ No  
   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   .   *Check one:*

   ■ Funds will be available for distribution to unsecured creditors.

   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

   ■ 1-49                ☐ 1,000-5,000       ☐ 25,001-50,000  
   ☐ 50-99              ☐ 5001-10,000       ☐ 50,001-100,000  
   ☐ 100-199            ☐ 10,001-25,000     ☐ More than 100,000  
   ☐ 200-999

15. **Estimated Assets**

   ☐ $0 - $50,000                ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion  
   ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion  
   ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion  
   ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **Brodie Holdings LLC**　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| 16. Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|

| Debtor | **Brodie Holdings LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 5, 2021**
                    MM / DD / YYYY

X **/s/ Harry Kaiser**                                                   **Harry Kaiser**
Signature of authorized representative of debtor              Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Tate M. Russack**                                Date **October 5, 2021**
Signature of attorney for debtor                                            MM / DD / YYYY

**Tate M. Russack**
Printed name

**RLC, PA Lawyers & Consultants**
Firm name

**7999 North Federal Highway**
**Suite 102**
**Boca Raton, FL 33487**
Number, Street, City, State & ZIP Code

Contact phone  **561-571-9610**         Email address  **Tate@russack.net**

**26394 MD**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

Fill in this information to identify the case:

Debtor name: **Brodie Holdings LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Estate of Beatrice Brodie<br>C/O Paul M. Cowan, Curator<br>8925 SW 148th Street<br>Miami, FL 33176 | | Equity in Company of 10% Claim is most likely undervalued | | | | $600,000.00 |
| Harry Kaiser<br>221 Green Street<br>Centreville, MD 21617 | | Equity in Company of 40% Claim is most likely undervalued | | | | $2,400,000.00 |
| Mindell Brodie<br>C/O Liz C Messianu, Esq<br>1 Alhambra Circle, Suite 1410<br>Miami, FL 33134 | | Equity in Company of 30% Claim is most likely undervalued | Unliquidated Subject to Setoff | | | $1,800,000.00 |
| Steven Brodie<br>985 Old Baltimore Pike<br>Newark, DE 19702 | | Equity in Company of 20% Claim is most likely undervalued | | | | $1,200,000.00 |
| Susanne Kaiser<br>201 N Coconut Lane<br>Miami Beach, FL 33139 | | Litigation claim of 1/3 of the total value of the company | Contingent Unliquidated Disputed | | | $0.00 |

```
Estate of Beatrice Brodie
C/O Paul M. Cowan, Curator
8925 SW 148th Street
Miami, FL 33176
```

```
Harry Kaiser
221 Green Street
Centreville, MD 21617
```

```
Mindell Brodie
C/O Liz C Messianu, Esq
1 Alhambra Circle, Suite 1410
Miami, FL 33134
```

```
Steven Brodie
985 Old Baltimore Pike
Newark, DE 19702
```

```
Susanne Kaiser
201 N Coconut Lane
Miami Beach, FL 33139
```

# United States Bankruptcy Court
## District of Maryland

In re  **Brodie Holdings LLC**    Case No.
Debtor(s)                           Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Brodie Holdings LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ESTATE OF Beatrice Brodie**
**C/O Paul M. Cowan, Curator**
**8925 SW 148th Street**
**Miami, FL 33176**

**Harry Kaiser**
**221 Green Street**
**Centreville, MD 21617**

**Mindell Brodie**
**C/O Liz C Messianu, Esq**
**1 Alhambra Circle, Suite 1410**
**Miami, FL 33134**

**Steven Brodie**
**985 Old Baltimore Pike**
**Newark, DE 19702**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 5, 2021** | **/s/ Tate M. Russack** |
| Date | **Tate M. Russack** |
| | Signature of Attorney or Litigant |
| | Counsel for **Brodie Holdings LLC** |
| | **RLC, PA Lawyers & Consultants** |
| | **7999 North Federal Highway** |
| | **Suite 102** |
| | **Boca Raton, FL 33487** |
| | **561-571-9610 Fax:800-883-5692** |
| | **Tate@russack.net** |

# United States Bankruptcy Court
## District of Maryland

In re  **Brodie Holdings LLC**                                       Case No.
                                    Debtor(s)                        Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Harry Kaiser**, declare under penalty of perjury that I am the **Managing Member** of **Brodie Holdings LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **5** day of **Oct**, 20**21**.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Harry Kaiser**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Harry Kaiser**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Harry Kaiser**, **Managing Member** of this Corporation is authorized and directed to employ **Tate M. Russack**, attorney and the law firm of **RLC, PA Lawyers & Consultants** to represent the corporation in such bankruptcy case."

Date **October 5, 2021**                            Signed **/s/ Harry Kaiser**
                                                           **Harry Kaiser**

Resolution of Board of Directors
of
**Brodie Holdings LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Harry Kaiser**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Harry Kaiser**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Harry Kaiser**, **Managing Member** of this Corporation is authorized and directed to employ **Tate M. Russack**, attorney and the law firm of **RLC, PA Lawyers & Consultants** to represent the corporation in such bankruptcy case.

Date **October 5, 2021**    Signed **/s/ Harry Kaiser**
**Harry Kaiser, Managing Member and 40% Owner**

Date **October 5, 2021**    Signed **/s/ Steven Brodie**
**Steven Brodie, 20% Owner**